US clerk - File this original and receipt in 08-mc-00066.

**Notice of Lien**

A lien has been perfected in favor of David Merrill for the total amount of $20,000,000.00 and has been posted via State of Colorado secretary of state since 1/7/09 against all real and other assets belonging to the State of Colorado in the name of STATE OF COLORADO CAPITAL FINANCE CORPORATION registered corporation #19881080067 located in the offices of the state attorney general, and has yet to be settled as of this publication day. Finance statement #20092001574 is attached and page 2 of this Notice, as sent with payment to this newspaper.

```
            F I L E D
    UNITED STATES DISTRICT COURT
        DENVER, COLORADO

           OCT 18 2010

        GREGORY C. LANGHAM
              CLERK
```

```
ROBERT C. "BOB" BALINK    El Paso County, CO
10/12/2010  11:42:06 AM
Doc  $0.00      Page
Rec  $16.00    1 of 2    210101283
```



{State of Colorado   }
{                    }  ss:
{County of El Paso   }

Subscribed and sworn this 12th day of October, 2010; by the affiant who is personally known to me.

Theresa Willis
Notary Public

[Notary seal: THERESA L WILLIS, NOTARY PUBLIC, STATE OF COLORADO, MY COMMISSION EXPIRES NOVEMBER 10, 2013]

ROBERT C. "BOB" BALINK    El Paso County, CO
12/17/2008   10:12:48 AM
Doc $0.00    Page
Rec $6.00    1 of 1    208132717

# UCC FINANCING STATEMENT
Filing Fee $15
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT (optional)**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

David Merrill
℅ Courier Process Server - Ted Howard
115 S. Vermijo, Ste. 202
Colorado Springs, Colorado. [80903]

THE ABOVE SPACE FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STATE OF COLORADO CAPITAL FINANCE CORPORATION #198810110067 | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| ~~DINEEN~~ | ~~Heidi~~ | ~~J.~~ | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1525 SHERMAN STREET | DENVER | CO | 80203 | USA |
| 1d. ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID# if any | |
| | body politic | Constitution ~~state~~ | 19881011067 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(empty)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| capital integration | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| No LAST, legal or full name | David | Merrill | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ℅ 115 S. Vermijo STE 202 | Colorado Springs | CO | 80903 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Constitution @
Article XII, §§ 8-10
EPCo C&R Bill #208121079  11/7/08
#208124895
11/20/08

fidelity bonds (violations) on
Kirk Stewart SAMELSON  1/15/2003
John SUTHERS  5/3/2005

TERRITORY 1861      STATE 1876

**8. OPTIONAL FILER REFERENCE DATA**
$20M perfected lien       against fidelity bonds attached.

No. e602. Rev. 7-01. UCC FINANCING STATEMENT — COLORADO
(Page 1 of 2)

# CERTIFICATE OF MAILING

I, Sarah Stennett, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc. I further certify that I deposited true and correct copies of the following:

Envelope addressed to U.S. District Court #08MC0066, 901 19th Street - A105, Denver, Colorado 80294, containing:

- Original Notice of Lien to be filed
- UCC Financing Statement to be filed
- Receipt for certified copies to be filed
- Copy of Certificate of Mailing to be filed

- A pre-addressed postage paid envelope addressed to State of Colorado Capital Finance Corporation
- Certified copy of Notice of Lien to be marked filed and sent to State of Colorado Capital Finance Corporation
- Copy of UCC Financing Statement
- Copy of Certificate of Mailing

- A pre-addressed postage paid envelope addressed to David Merrill
- Certified copy of Notice of Lien to be marked filed and returned to David Merrill
- Copy of UCC Financing Statement
- Copy of Certificate of Mailing

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 15th day of October, 2010.

Person Certifying Mailing
Case 08-MC-0066
Courier Process Service, Inc., job reference #2010011734

```
                    DUPLICATE


                   EL PASO COUNTY
                 CLERK AND RECORDER
                RECORDING DEPARTMENT
                   (719)520-6200
        ------------------------------------
        ISSUED TO: DAVID MERRILL
        ------------------------------------
        RECEIPT #   416165
        DATE  10/12/2010  11:42:06 AM
        ------------------------------------
        DOCUMENT #      PGS         FEE
        ------------------------------------
        COPIES,CERT COPIES         1.50
        COPIES,CERT COPIES         1.50
        210101283        2
        OTHER                     16.00
                                ==============
        Total Amount Due          19.00


        CASH                      20.00
                                ==============
        Total Payment             20.00


        Change Issued:             1.00


                    THANK YOU
              ROBERT C. "BOB" BALINK
                 CLERK & RECORDER
                Deputy: CARKLINKER
```